2014-____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

Align Technology, Inc.,

Petitioner,

v.

International Trade Commission,

Respondent.



On Appeal from the United States International Trade Commission in
Investigation No. 337-TA-833

## PETITION FOR REVIEW

Align Technology, Inc. ("Align") hereby petitions the Court for review of the Determination To Affirm-in-Part, Modify-in-Part, and Reverse-in-Part the Final Initial Determination and To Find a Violation of Section 337, entered by the United States International Trade Commission (the "Commission") in Investigation No. 337-TA-833 on April 3, 2014; the Commission Opinion issued on April 3, 2014; the Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond of the Administrative Law Judge, issued on May 6, 2013; and all determinations and orders underlying the foregoing orders, determinations, and opinions.

Dated: June 2, 2014

Respectfully submitted,

*[signature]*

Stephen B. Kinnaird, *Attorney of Record*
Igor V. Timofeyev
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
stephenkinnaird@paulhastings.com
igortimofeyev@paulhastings.com

Thomas A. Counts
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
tomcounts@paulhastings.com

*Counsel for Petitioner*
*Align Technology, Inc.*